UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VIDA VANESSA AGUAYO FLORES,
also known as VANESSA MORALES-
CRUZ (A-Number: 236-159-310),

Petitioner,

v.

Markwayne MULLIN, Secretary of the
Department of Homeland Security, et al.,

Respondents.

No.  1:26-cv-05715-KES-HBK (HC)

ORDER GRANTING PETITION FOR WRIT
OF HABEAS CORPUS AND REQUIRING
IMMEDIATE RELEASE

Doc. 2

Petitioner Vida Vanessa Aguayo Flores is an immigration detainee proceeding with a petition for writ of habeas corpus and motion for temporary restraining order.  Docs. 2, 3, 4.  The Court has previously addressed the legal issues raised by the petition.  *See e.g.*, *Crispin M. C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026); *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025); *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025).

The Court set a briefing schedule on the petition and ordered respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders and that would justify denying the petition.  Doc. 13.  Respondents state that they "do not attempt to distinguish the cases cited in ECF No. 13."  *See* Doc. 14 at 1.

Respondents state that "[t]his case is in the category of immigration habeas cases for which the Court has typically ordered a bond hearing," rather than immediate release, because petitioner "has criminal history."  *Id.* at 1.  But the only conviction respondents identify was for a

1

misdemeanor over sixteen years ago.  *See* Doc. 14-2.

As respondents have not identified any pertinent factual or legal issues in this case that distinguish it from the Court's prior decisions in *Crispin M. C. v. Noem*, No. 1:25-CV-01487-KES-HBK (HC), 2026 WL 70553 (E.D. Cal. Jan. 8, 2026), *J.A.C.P. v. Wofford*, No. 1:25-CV-01354-KES-SKO (HC), 2025 WL 3013328 (E.D. Cal. Oct. 27, 2025), and *Lepe v. Andrews*, 801 F. Supp. 3d 1104 (E.D. Cal. 2025), the petition for writ of habeas corpus is GRANTED, for the reasons stated in those prior orders.

The Court ORDERS that respondents release petitioner Vida Vanessa Aguayo Flores (A-Number: 236-159-310) immediately.  If respondents seek to re-detain petitioner, they must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.

Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.

The Clerk of Court is directed to close this case and enter judgment for petitioner.  The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated:   July 29, 2026

_____
UNITED STATES DISTRICT JUDGE

2